FILED

11 JUL -7 PM 2:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury,    '11 CR 2898 BTM

| UNITED STATES OF AMERICA, | ) | Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) |
| JORGE LANDIN ACEVEDO, | ) | and (b) - Deported Alien Found in the United States |
| Defendant. | ) | |

The grand jury charges:

On or about May 11, 2011, within the Southern District of California, defendant JORGE LANDIN ACEVEDO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//
//
//

MLW:kst:San Diego
7/6/11

1    It is further alleged that defendant JORGE LANDIN ACEVEDO was
2 removed from the United States subsequent to February 1, 2008.
3    DATED: July 7, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
MICHELLE L. WASSERMAN
Assistant U.S. Attorney